IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

Laura Thompson,                          )
                                         )        C.A. No. 7:06-1248-HMH-WMC
                    Plaintiff,           )
                                         )
        vs.                              )        **OPINION AND ORDER**
                                         )
Spartanburg County,                      )
                                         )
                    Defendant.           )


        This matter is before the court for review of the Report and Recommendation of

United States Magistrate Judge William M. Catoe, made in accordance with 28 U.S.C.

§ 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina.

        The Magistrate Judge makes only a recommendation to this court.  The recommenda-

tion has no presumptive weight.  The responsibility to make a final determination remains

with this court.  See Mathews v. Weber, 423 U.S. 261, 270-71 (1976).  The court is

charged with making a de novo determination of those portions of the Report and

Recommendation to which specific objection is made, and the court may accept, reject, or

modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the

matter with instructions.  See 28 U.S.C. § 636(b)(1) (2006).

        The Plaintiff filed no objections to the Report and Recommendation.  In the absence

of objections to the Report and Recommendation of the Magistrate Judge, this court is not

required to give any explanation for adopting the recommendation.  See Camby v. Davis,

718 F.2d 198, 199 (4th Cir. 1983).

1

After a thorough review of the Report and Recommendation and the record in this case, the court adopts Magistrate Judge Catoe's Report and Recommendation and incorporates it herein. It is therefore

**ORDERED** that the defendant's motion for summary judgment is granted.

**IT IS SO ORDERED.**

s/ Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
August 28, 2007

2